**Exhibit A to the Complaint**

**Location:** Colorado Springs, CO

**Total Works Infringed:** 25

**IP Address:** 98.38.182.159

**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 20D49D536912E1265D9389994045CC98A4B5A21D | 05/05/2026 04:46:24 | Milfy | 09/18/2024 | 10/16/2024 | PA0002494686 |
| 2 | 3FA262B309707543ED48FE03410BEACF17111750 | 05/06/2026 08:11:25 | Blacked | 12/19/2024 | 01/15/2025 | PA0002509251 |
| 3 | BDF4C72052FF4BC8BAC93CEB0456E3685235332C | 05/05/2026 22:19:27 | TushyRaw | 08/17/2025 | 08/19/2025 | PA0002545663 |
| 4 | BDF41D1B9C64AA32F3E370FE8496E17C95B31900 | 05/05/2026 22:14:34 | Vixen | 03/30/2019 | 04/29/2019 | PA0002169943 |
| 5 | 01667666ACD82FC6C3B5D898051A6CCD89DD1260 | 05/05/2026 13:16:05 | TushyRaw | 07/23/2024 | 08/15/2024 | PA0002484859 |
| 6 | 016E0A2A01561220A9CB804BB835FC8C81324F40 | 05/05/2026 13:01:32 | Tushy | 02/23/2025 | 03/28/2025 | PA0002522498 |
| 7 | 8B3EBFD6E466CE558268ED57A17531E684988C89 | 05/05/2026 07:13:41 | Tushy | 09/18/2022 | 10/05/2022 | PA0002373759 |
| 8 | 39A5D2734219137173AD2F274880A526A42342B0 | 05/05/2026 05:03:16 | Vixen | 11/30/2017 | 01/04/2018 | PA0002097470 |
| 9 | 614B69FF82CAB0C8C1F8E26C2AC8C7783EE8A3D3 | 05/05/2026 00:33:48 | Blacked Raw | 12/02/2025 | 12/09/2025 | PA0002556463 |
| 10 | 51DEDFC9B7004B64D86297C1E449063D67B2C6C6 | 05/05/2026 00:30:56 | Blacked | 02/02/2026 | 02/04/2026 | PA0002565322 |
| 11 | F04E74C666A32C374B4A8F80478DFB708531053B | 05/05/2026 00:19:13 | Blacked | 12/19/2020 | 01/05/2021 | PA0002269959 |
| 12 | 0A5B984F9C53C9AA83CFDC84C4B34DFBF4FE9FEE | 05/04/2026 23:24:13 | Blacked Raw | 04/21/2026 | 04/24/2026 | PA0002580439 |
| 13 | B9541CCB281F4D715130C011E091DC4F4FAE7B88 | 05/04/2026 23:24:05 | Blacked | 08/26/2024 | 09/17/2024 | PA0002490359 |
| 14 | 253FDE2EC44EE90EB77FA166C2D4A01DA640923F | 05/04/2026 23:23:23 | Blacked Raw | 05/01/2026 | 05/06/2026 | PA0002582422 |
| 15 | 8B3ED25CCD5D198C314ADECD86AA533EB8B8C1CD | 05/04/2026 23:21:28 | Milfy | 03/25/2026 | 04/07/2026 | PA0002577428 |
| 16 | 418A16ECFAADE9321557F273020F41BC0A75BDDC | 05/04/2026 23:21:08 | Milfy | 09/10/2025 | 09/16/2025 | PA0002551067 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 4B634C3BD117E86B2C05C817E159DD25983997CC | 05/04/2026 23:20:41 | Blacked | 02/17/2026 | 02/20/2026 | PA0002568772 |
| 18 | 6ADE4215F8D767573058ACF401EA0687B375184A | 05/04/2026 23:20:04 | Blacked Raw | 11/02/2025 | 11/14/2025 | PA0002553539 |
| 19 | E050F69B9832191BB0CF60C3E4C4C048F5DA34A6 | 03/11/2026 21:17:59 | Blacked Raw | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 20 | E05487E1CF7CAA07BA8E218D2504F4AEC30906DB | 03/11/2026 21:17:59 | Blacked Raw | 03/01/2021 | 03/08/2021 | PA0002280355 |
| 21 | 21280DBB9FE8B6788366A9099C29307E390D8434 | 03/09/2026 13:32:05 | Tushy | 08/24/2019 | 09/17/2019 | PA0002216213 |
| 22 | 3B150D569885E2EA1595C9A6EE1DE83964F57A0D | 03/09/2026 10:31:38 | Vixen | 10/30/2020 | 11/18/2020 | PA0002272620 |
| 23 | 08F9057565FECB39215085D7EBC3E67265CAB5F4 | 02/27/2026 19:01:37 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |
| 24 | 08F94DE172D6ACC12D3A1706E65E4788327AF017 | 02/27/2026 19:01:37 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |
| 25 | B79C493BFE6C49858307C1C6188E0FFEC4ECFDB8 | 02/24/2026 02:40:07 | Vixen | 01/24/2019 | 03/24/2019 | PA0002183209 |